In re: LUIS SOTO, in his official capacity as Director/Warden of Delaney Hall Detention Facility; ARTHUR J. WILSON, JR., in his official capacity as Field Office Director, New Jersey Field Office, U.S. Immigration & Customs Enforcement; TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice, MARKWAYNE MULLIN, in his official capacity as Acting Secretary, U.S. Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration & Customs Enforcement,

     Petitioners