OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 7, 2026

Brett A. Shumate, Esq.
Robert Frazer, Esq.
Drew C. Ensign, Esq.
Mark E. Coyne, Esq.
Charles E.T. Roberts, Esq.
Elizabeth Hedges, Esq.
Benjamin M. Moss, Esq.
August Flentje, Esq.
Alanna T. Duong, Esq.
Alezandra Minogue, Esq.

RE: In re: Luis Soto, et al
Case Number: 26-2429
District Case Number: 3:26-cv-06414

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. <u>See</u> 3d Cir. L.A.R. 113 (2008).**

Dear Counsel:

Enclosed is the case opening information regarding the above-captioned petition filed by Luis Soto, et al Petitioners, docketed at **No. 26-2429.** Any inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms and case information are available on our website at www.ca3.uscourts.gov.

The petition will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court either denying the petition or directing that a response be filed.

**Counsel for Petitioners**

As Counsel for Petitioner(s), you must file:

1. Appearance Form; and
2. Disclosure Statement (except governmental entities
These forms must be filed on or before **June 22, 2026.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Timothy/cjg
Case Manager
267-299-4953

cc: Honorable Zahid N. Quraishi