UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-2429

In re: LUIS SOTO, in his official capacity as Director/Warden of Delaney Hall Detention Facility; ARTHUR J. WILSON, JR., in his official capacity as Field Office Director, New Jersey Field Office, U.S. Immigration & Customs Enforcement; TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice, MARKWAYNE MULLIN, in his official capacity as Acting Secretary, U.S. Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration & Customs Enforcement,

Petitioners

(D.N.J. No. 3:26-cv-06414)

PRESENT:  CHAGARES, *Chief Judge*

Emergency Motion for a Stay Pending a Ruling on the Government's Petition for a Writ of Mandamus and an Immediate Administrative Stay

ORDER

The request for an administrative stay of the hearing currently scheduled for Monday, June 8, 2026 is granted.  The hearing is stayed pending further consideration of the petition for writ of mandamus and motion for stay by a panel of this Court.  The Court invites Petitioner Morales and the District Judge to respond to the petition for writ of mandamus no later than 14 days from the date of this order.  *See* Fed. R. App. P. 21(b)(4).

By the Court,

s/Michael C. Chagares
Chief Circuit Judge

Date: June 7, 2026
CJG/cc:    All Counsel of Record
           Honorable Zahid N. Quraishi

A True Copy:

Patricia S. Dodszuweit, Clerk