**No. 26-2429**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

---

In re LUIS SOTO, in his official capacity as Director/Warden of Delaney Hall Detention Facility; ARTHUR J. WILSON, JR., in his official capacity as Field Office Director, New Jersey Field Office, U.S. Immigration & Customs Enforcement; TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice, MARKWAYNE MULLIN, in his official capacity as Acting Secretary, U.S. Department of Homeland Security; and TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration & Customs Enforcement,

Petitioners.

---

## NOTICE

---

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIZABETH HEDGES
CHARLES E.T. ROBERTS
SEAN SKEDZIELEWSKI
Counsel to the Assistant
   Attorney General

AUGUST E. FLENTJE
Special Counsel for Immigration
   Litigation

ROBERT FRAZER
United States Attorney

MARK E. COYNE
Supervisory Assistant U.S. Attorney
Chief, Appeals Division

BENJAMIN MARK MOSS
Acting Senior Counsel for
   District Court Litigation
Office of Immigration Litigation

ALANNA T. DUONG
Senior Litigation Counsel

Counsel for Petitioners

The government has reviewed the Response to the Petition for Writ of Mandamus on Behalf of the Honorable Zahid N. Quraishi, U.S.D.J., which was filed with this Court earlier today. Dkt. 6. Based on the district court's having "dismissed the habeas petition below," *id.* at 1, the government agrees that its Petition for a Writ of Mandamus, Dkt. 1, is moot because that Petition sought an order directing the district court "to cancel the evidentiary hearing scheduled for Monday, June 8, at 2:00 p.m." That evidentiary hearing was, at the time, set to proceed in the now-closed underlying habeas matter. *See Freiman Xaviel Hamui Morales v. Soto*, No. 26-6414 (ZNQ), ECF 31 (D.N.J. June 12, 2026). The district court's order closing the habeas matter also expressly withdrew the Order to Show Cause in which the district court initially "f[ound] that an evidentiary hearing [was] required to hear testimony" regarding conditions at Delaney Hall. *Id.*, ECF 31 at 1, ECF 5 at 2. Given these developments, the government's Petition is moot.[1]

---

[1] For the avoidance of doubt, the government stands by its Petition's description of events up to the time it was filed, as well as its discussion of the applicable legal principles. The government maintains that there was no conditions-of-confinement claim presented by Morales's underlying habeas petition.

June 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

CHARLES E.T. ROBERTS
SEAN SKEDZIELEWSKI
Counsel to the Assistant
Attorney General

AUGUST E. FLENTJE
Special Counsel for Immigration
Litigation

BENJAMIN MARK MOSS
Acting Senior Counsel for
District Court Litigation
Office of Immigration Litigation

ALANNA T. DUONG
Senior Litigation Counsel

ROBERT FRAZER
United States Attorney

MARK E. COYNE
Supervisory Assistant U.S. Attorney
Chief, Appeals Division

*s/ Elizabeth Hedges*
ELIZABETH HEDGES
Counsel to the Assistant Attorney
General, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 616-0929
Elizabeth.T.Hedges@usdoj.gov

*Counsel for Petitioners*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this notice:

(1)    complies with Federal Rule of Appellate Procedure 32(a), (c)(2), because it was prepared in 14-point Georgia, a proportionally spaced font;

(2)    was scanned for viruses using the latest version of Microsoft CrowdStrike Falcon and no viruses or malware was detected; and

(3)    is identical to the text in any paper copies of the notice.

s/ *Elizabeth Hedges*
Elizabeth Hedges
Counsel to the Assistant Attorney
General Civil Division

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I electronically filed the foregoing with the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Counsel for respondent (the habeas petitioner below) were served by email. I also provided a copy to the district court by email (znq_orders@njd.uscourts.gov).

s/ *Elizabeth Hedges*
Elizabeth Hedges
Counsel to the Assistant Attorney
General, Civil Division