# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-2429

In re: Director/Warden Delaney Hall Detention Facility, et al

(U.S. District Court No.: 3:26-cv-06414)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b).

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    June 12, 2026
TMM/cc:    Mark E. Coyne, Esq.
Alanna Thanh Duong, Esq.
Drew C. Ensign, Esq.
August E. Flentje, Esq.
Robert L. Frazer, Esq.
Elizabeth T. Hedges, Esq.
Alexandra Minogue, Esq.
Benjamin M. Moss, Esq.
Honorable Zahid N. Quraishi
Melissa E. Rhoads
Charles E.T. Roberts, Esq.
Brett A. Shumate, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk